# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. ___26-mj-02651-Reid___

UNITED STATES OF AMERICA

v.

**YAURI ELIAN TIBAN GUALA,**
a/k/a "Santiago Cunalata,"

    **Defendant.**
_____/

FILED BY____JP____D.C.

**Apr 10, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:   */s/Jackson K. Dering V*
    Jackson K. Dering V
    Assistant United States Attorney
    Fl Bar ID: A5503449
    United States Attorney's Office
    99 N.E. 4th Street
    Miami, FL 33132
    (786) 239-9274
    Jackson.Dering@usdoj.gov

AO 91 (Rev. 5/85) Criminal Complaint  AUSA DERING

# United States District Court

#### SOUTHERN          DISTRICT OF          FLORIDA

### UNITED STATES OF AMERICA

### V.

### YAURI ELIAN TIBAN GUALA,
a/k/a "Santiago Cunalata,"

### CRIMINAL COMPLAINT

CASE NUMBER:   26-mj-02651-Reid

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about April 8, 2026, at the Miami International Airport, in Miami-Dade County, in the Southern District of Florida, the defendant, **YAURI ELIAN TIBAN GUALA**, did knowingly possess a counterfeited, altered, and falsely made document prescribed by statute and regulation as evidence of authorized stay and employment in the United States, that is, a Permanent Resident Card ("I-551"), which the defendant knew to be forged, counterfeited, altered, and falsely made, in violation of Title 18, United States Code, Section 1546(a).

I further state that I am an Officer with U.S. Customs and Border Protection ("CBP"), and that this complaint is based on the following facts:

On or about April 8, 2026, the defendant, **YAURI ELIAN TIBAN GUALA**, arrived at Miami International Airport Aboard American Airlines flight #932 from Quito, Ecuador. The defendant presented a Spanish passport and a valid Electronic System Travel Authorization (ESTA) for an examination and entry into the United States. CBP performed an examination on the defendant's baggage. During a search of the defendant's baggage, CBP discovered a counterfeit Permanent Resident Card. The counterfeit Permanent Resident Card displayed the defendant's alias, Santiago Cunalata, and the defendant's photograph. The counterfeit Permanent Resident Card was missing security features. A records check on the counterfeit Permanent Resident Card number revealed that it was issued to another person born in the Dominican Republic.

During a secondary interview, the defendant admitted that on a previous entry into the United States he procured the fraudulent Permanent Resident Card. The defendant stated that he paid $80.00 for the fraudulent Permanent Resident Card and that he obtained the document to work in the United States. The defendant confirmed that he was not a United States citizen or a legal permanent resident.

**DEREK URGELLES, CBP OFFICER**
**U.S. CUSTOMS AND BORDER PROTECTION**

**Attested to by the Applicant in accordance with
the requirements of Fed.R.Crim.P. 4.1 by Face Time.**

04/10/2026
Date

at   Miami, Florida
City and State

**HONORABLE LISETTE M. REID**
**UNITED STATES MAGISTRATE JUDGE**
Name and Title of Judicial Officer

Signature of Judicial Officer